NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000641
18-FEB-2015
10:37 AM

CAAP-11-0000641

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


CINDY CHURAN KODAMA, Plaintiff-Appellee,
v.
ALAN HARUO KODAMA, Defendant-Appellant.


APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 08-1-2862)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion of the court, filed on December 31, 2014, is hereby corrected as follows:

1.    On page 13, in the second line of footnote 6, the word "interchangeable" should be replaced with "interchangeably".

2.    On page 25, in the fifth line of the first full paragraph, the word "or" should be replaced with "of" so that as corrected, the text reads: ". . . the date of marriage, . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, February 18, 2015.

FOR THE COURT:

Chief Judge

---

[1] Nakamura, Chief Judge, and Leonard and Ginoza, JJ.